IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 06-28 |
| v. | : |
| | : **ORDER ON MANDATE** |
| | : |
| DOUGLAS KENNEDY, | |
| Defendant. | : |

**THIS MATTER** having come before the Court upon its own motion;

**IT APPEARING TO THE COURT** that the Third Circuit Court of Appeals issued a certified Judgement in lieu of a formal mandate on July 10, 2012 vacating the Judgement of this Court and remanding this matter for resentencing only; and further directing the Chief Judge of this Court to reassign this matter and all related matters to a different Judge;

**IT IS HEREBY ORDERED** that the above-captioned matter be reopened for further proceedings for resentencing and for reassignment to a different Judge.

Dated: July 12, 2012

Hon. Jerome B. Simandle
Chief Judge