United States District Court
for the District of New Jersey

_____

USA

      Plaintiff

      vs.

**DOUGLAS KENNEDY**

      Defendant
_____

Crim. No. 06-28

Order of Reassignment

It is on this 27th day of September 2012,

O R D E R E D that the entitled action is reassigned from Judge William H. Walls to Judge Kevin McNulty.

                S/Jerome B. Simandle
                Jerome B. Simandle, Chief Judge
                United States District Court